■ In the Matter of NICHOLAS R. SANTORO et al., Respondents, v DOLORES (DOLLY) K. KUJAWA et al., Appellants, and MARGUERITE L. TOOLE et al., Constituting the Monroe County Board of Elections, Respondents. (Appeal No. 1.)—Order unanimously affirmed without costs. (Appeal from order of Supreme Court, Monroe County, Tillman, J.—Election Law.) Present—Callahan, J. P., Doerr, Boomer and Lawton, JJ. (Order entered Sept. 3, 1987.)

■ In the Matter of NICHOLAS R. SANTORO et al., Appellants, v DOLORES (DOLLY) K. KUJAWA et al., Respondents. (Appeal No. 2.)—Order unanimously reversed without costs and motion denied. Memorandum: Although the court has the authority to order an opportunity to ballot as justice requires, particularly where a candidate's petitions have been invalidated by technical challenge *(Matter of Hunting v Power,* 20 NY2d 680; *Matter of Hochberg v D'Apice,* 112 AD2d 1067, 1068, *affd* 65 NY2d 960), here we consider the challenge, which was sustained by the court, to be more than technical. Hence, we find no equitable basis for the order directing a write-in primary. (Appeal from order of Supreme Court, Monroe County, Tillman, J.—resettle order.) Present—Callahan, J. P., Doerr, Boomer and Lawton, JJ. (Order entered Sept. 3, 1987.)